# TENNESSEE *v.* MIDDLEBROOKS

No. 92–989.   Argued November 1, 1993—Decided December 13, 1993

*Charles W. Burson,* Attorney General of Tennessee, argued the cause for petitioner.   With him on the brief was *Kathy Morante Principe.*

*David C. Stebbins,* by appointment of the Court, 508 U. S. 937, argued the cause for respondent.   With him on the brief were *Paul R. Bottei* and *Lionel R. Barrett, Jr.**

---

*Briefs of *amici curiae* urging reversal were filed for the State of California et al. by *Daniel E. Lungren,* Attorney General of California, *George Williamson,* Chief Assistant Attorney General, *Dane R. Gillette* and *Ward A. Campbell,* Deputy Attorneys General, and *Mark L. Krotoski,* Special Assistant Attorney General, and by officials for their respective States as follows: *James H. Evans,* Attorney General of Alabama, *Winston Bryant,* Attorney General of Arkansas, *Grant Woods,* Attorney General of Arizona, *John M. Bailey,* Chief State's Attorney of Connecticut, *Charles M. Oberly III,* Attorney General of Delaware, *Robert A. Butterworth,* Attorney General of Florida, *Larry EchoHawk,* Attorney General of Idaho, *Pamela Carter,* Attorney General of Indiana, *Chris Gorman,* Attorney General of Kentucky, *Richard P. Ieyoub,* Attorney General of Louisiana, *J. Joseph Curran, Jr.,* Attorney General of Maryland, *Mike Moore,* Attorney General of Mississippi, *Joseph P. Mazurek,* Attorney General of Montana, *Don Stenberg,* Attorney General of Nebraska, *Frankie Sue Del Papa,* Attorney General of Nevada, *Robert J. Del Tufo,* Attorney General of New Jersey, *Michael F. Easley,* Attorney General of North Carolina, *Susan B. Loving,* Attorney General of Oklahoma, *Ernest D. Preate, Jr.,* Attorney General of Pennsylvania, *T. Travis Medlock,* Attorney General of South Carolina, *Mark Barnett,* Attorney General of South Dakota, *Dan Morales,* Attorney General of Texas, and *Joseph B. Meyer,* Attorney General of Wyoming; for the Appellate Committee of the California District Attorney's Association by *Gil Garcetti* and *Harry B. Sondheim;* and for the Criminal Justice Legal Foundation by *Kent S. Scheidegger.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

JUSTICE BLACKMUN dissents.